**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIM. NO. 25-034** |
| **SERJ GEVORGYAN** | **:** | |
| a/k/a Seryozha Gevorgyan, | | |
| a/k/a Seryohagurgen Gevorgyan | **:** | |

## GOVERNMENT'S REVISED UNOPPOSED MOTION TO CONSOLIDATE CASES[1]

The United States of America, by and through undersigned counsel, hereby moves to consolidate criminal case number 25-034 with case number 24-275-GJP, which is currently pending in the Eastern District of Pennsylvania before the Honorable Gerald J. Pappert, for the following reasons:

1.      On July 30, 2024, a grand jury in this district returned an indictment in case number 24-275-GJP ("24-275 Matter") charging defendant Serj Gevorgyan, a/k/a "Seryroyzha Gevorgyan," a/k/a "Seryohagurgen Gevorgyan," with two counts of bank fraud, in violation of 18 U.S.C. § 1344, and two counts of conducting a monetary transaction of $10,000 or more in criminally derived property, in violation of 18 U.S.C. § 1957. These charges arose from the defendant allegedly engaging in a scheme to defraud financial institutions out of approximately $970,000, and conducting monetary transactions of $10,000 or more in such fraud proceeds, from at least 2019 through October 2020.

2.      After the 24-275-JGP Matter was filed, the parties began to engage in plea discussions relating to the charges in the 24-275-JGP Matter, and, in addition, relating to

---

1       This motion is titled "Revised Motion" because in filing the original motion on January 29, 2025, government counsel inadvertently used an incorrect case number. The correct case number for this case is 25-034, not 25-035. Counsel apologizes to the Court for the inconvenience.

potential charges regarding another matter under investigation.

3.      The trial in the 24-275-JGP Matter is scheduled for February 10, 2025.

4.      The Information in the above-captioned case ("25-034 Matter") is based upon a scheme to defraud the United States. The 25-034 Matter charges the defendant, Serj Gevorgyan, with a dual-object conspiracy in violation of 18 U.S.C. § 371, to (a) impair and impede the functions of the United States Department of Transportation ("DOT") and (b) make false statements in violation of 18 U.S.C. § 1001, between November 2018 and late 2023. The Information was filed on January 29, 2025 and assigned to the Honorable Wendy Beetlestone.

5.      On January 27, 2025, the parties entered a plea agreement pursuant to which the defendant agreed to plead guilty to the charges set forth in the Indictment in the 24-275-JGP Matter and the Information in the 25-034 Matter.

6.      Under Local Criminal Rule 50.1(d)(3), criminal cases are deemed to be related if "a defendant or defendants are alleged to have participated in the same action or transaction, or in the same series of acts or transaction, constituting an offense or offenses." Here, when the government filed the Information in the 25-034 Matter, the government did not identify the case as related to the 24-275-JGP Matter. Even though the cases involve the same defendant, the charges did not arise from the same acts or transactions because they involved different conduct and took place at different times.

7.      While the government does not believe the cases are "related" for purposes of Local Criminal Rule 50.1(d)(3), the government believes that there is good cause to consolidate these matters for several reasons. *First*, the parties' plea agreement covers both matters. The government believes the Court would benefit greatly from presiding over both matters, so that the Court has access at sentencing to the full factual record relating to both cases. *Second*, both

matters involve the same defendant, so there is no risk of prejudice to any other defendants. *Third*, because the defendant has agreed to plead guilty in both matters, consolidating the matters would allow the Court to conduct a single guilty plea hearing and sentencing hearing, which is consistent with the efficient administration of justice.

8.      The defendant, who is represented in both cases by Pantellis Palivides, Esquire, does not oppose this Motion to Consolidate Cases.

9.      It is the government's understanding that when cases are consolidated, the cases are typically consolidated before the Court to which the earliest case was assigned, unless circumstances dictate otherwise (for example, when a violation of supervised release matter is consolidated with a later-filed criminal matter). Here, the 24-275-JGP Matter was filed first, and it was assigned to Honorable Gerald J. Pappert.

10.      The government has directed this Motion to Chief Judge Mitchell S. Goldberg and provided a copy of this filing to the Chambers of the Honorable Gerald J. Pappert and the Honorable Wendy Beetlestone.

WHEREFORE, the government respectfully requests that its Unopposed Motion to Consolidate Cases be granted, and that this matter be consolidated with case number 24-275-JGP and transferred to the Honorable Gerald J. Pappert for all proceedings.

Respectfully submitted,

JACQUELINE C. ROMERO
*United States Attorney*

*/s/ Mary E. Crawley*
MARY E. CRAWLEY
*Assistant United States Attorney*
MEGAN CURRAN
*Special Assistant United States Attorney*

Dated:  January 30, 2025

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIM. NO. 25-035** |
| **SERJ GEVORGYAN** | **:** | |
| a/k/a Seryozha Gevorgyan, | | |
| a/k/a Seryohagurgen Gevorgyan | **:** | |

## <u>ORDER</u>

AND NOW, this _____ day of January, 2025, upon consideration of the

government's Unopposed Motion to Consolidate Cases, and for good cause shown, it is

**HEREBY ORDERED** that the government's motion is GRANTED.   This matter shall be

consolidated with case number 24-275-JGP and transferred to the Honorable Gerald J. Pappert

for all proceedings.

**BY THE COURT:**


_____
**HONORABLE MITCHELL S. GOLDBERG**
**Chief Judge, United States District Court**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused a copy of the Government's

Motion to Consolidate Cases and proposed Order to be served by electronic filing and/or

electronic mail upon:

Pantellis Palividas, Esquire
ellis@ellis-legal.com, epalividas@gmail.com

/s/ Mary E. Crawley
MARY E. CRAWLEY
*Assistant United States Attorney*

Dated: January 30, 2025